# UNITED STATES DISTRICT COURT

### for the
### Eastern District of Pennsylvania

| | |
|---|---|
| In the Matter of the Search of | ) |
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) ) |
| A Silver and Black Samsung Hex#35696408608356 Sprint Sim # 8901120200227344656002.02 | ) ) ) |

Case No.  18-877-M-1

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

SEE ATTACHMENT A, INCORPORATED HEREIN BY REFERENCE

located in the _____Eastern_____ District of _____Pennsylvania_____ , there is now concealed *(identify the person or describe the property to be seized)*:

SEE ATTACHMENT B, INCORPORATED HEREIN BY REFERENCE

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | *Offense Description* |
|---|---|
| 21 U.S.C. § 846 | Conspiracy to possess a controlled substance with intent to distribute |
| 21 U.S.C. § 841(a)(1) | Possession of a controlled substance with intent to distribute |

The application is based on these facts:

SEE ATTACHED AFFIDAVIT, INCORPORATED HEREIN BY REFERENCE

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

MATTHEW A. LYNCH II, U.S. Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.

Date: June 1, 2018

_____
*Judge's signature*

City and state: PHILADELPHIA, PENNSYLVANIA

HON. CAROL SANDRA MOORE WELLS, U.S. Magistrate Judge
*Printed name and title*

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

| | |
|---|---|
| In the Matter of the Search of<br><br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>Black Motorola Model XT1607 IMEI #354140074578663<br>SIM# 89011200100013195836 | )<br>)<br>)<br>)<br>)<br>) |

Case No. 18-877-M-2

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

SEE ATTACHMENT A, INCORPORATED HEREIN BY REFERENCE

located in the _____Eastern_____ District of _____Pennsylvania_____ , there is now concealed *(identify the person or describe the property to be seized)*:

SEE ATTACHMENT B, INCORPORATED HEREIN BY REFERENCE

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | *Offense Description* |
|---|---|
| 21 U.S.C. § 846 | Conspiracy to possess a controlled substance with intent to distribute |
| 21 U.S.C. § 841(a)(1) | Possession of a controlled substance with intent to distribute |

The application is based on these facts:

SEE ATTACHED AFFIDAVIT, INCORPORATED HEREIN BY REFERENCE

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

MATTHEW A. LYNCH II, U.S. Postal Inspector

*Printed name and title*

Sworn to before me and signed in my presence.

Date: June 1, 2018

_____
*Judge's signature*

City and state: PHILADELPHIA, PENNSYLVANIA

HON. CAROL SANDRA MOORE-WELLS, U.S. Magistrate Judge

*Printed name and title*

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

In the Matter of the Search of

*(Briefly describe the property to be searched
or identify the person by name and address)*

Silver and Black iPhone SE IMEI #355435074974394

)
)
)
)
)
)

Case No. **18-877-M-3**

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

SEE ATTACHMENT A, INCORPORATED HEREIN BY REFERENCE

located in the _____Eastern_____ District of _____Pennsylvania_____ , there is now concealed *(identify the person or describe the property to be seized):*

SEE ATTACHMENT B, INCORPORATED HEREIN BY REFERENCE

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

- ☑ evidence of a crime;
- ☐ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 846 | Conspiracy to possess a controlled substance with intent to distribute |
| 21 U.S.C. § 841(a)(1) | Possession of a controlled substance with intent to distribute |

The application is based on these facts:

SEE ATTACHED AFFIDAVIT, INCORPORATED HEREIN BY REFERENCE

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

MATTHEW A. LYNCH II, U.S. Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.

Date: June 1, 2018

City and state: PHILADELPHIA, PENNSYLVANIA

_____
*Judge's signature*

HON. CAROL SANDRA MOORE WELLS, U.S. Magistrate Judge
*Printed name and title*

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>Silver and Black Kyocera Model E4277<br>Hex#A0000041A88683 Sprint | )<br>)<br>)<br>)<br>)<br>) |

Case No. 18-877-4

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

SEE ATTACHMENT A, INCORPORATED HEREIN BY REFERENCE

located in the _____Eastern_____ District of _____Pennsylvania_____ , there is now concealed *(identify the person or describe the property to be seized)*:

SEE ATTACHMENT B, INCORPORATED HEREIN BY REFERENCE

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 846 | Conspiracy to possess a controlled substance with intent to distribute |
| 21 U.S.C. § 841(a)(1) | Possession of a controlled substance with intent to distribute |

The application is based on these facts:

SEE ATTACHED AFFIDAVIT, INCORPORATED HEREIN BY REFERENCE

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

MATTHEW A. LYNCH II, U.S. Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.

Date: June 1, 2018

_____
*Judge's signature*

City and state: PHILADELPHIA, PENNSYLVANIA

HON. CAROL SANDRA MOORE WELLS, U.S. Magistrate Judge
*Printed name and title*

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

| In the Matter of the Search of | ) |
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) |
| Black LG IMEI#358497-07-064070-7 SIM #8901250645194999502 | ) ) ) |

Case No. **18-877-M-5**

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

SEE ATTACHMENT A, INCORPORATED HEREIN BY REFERENCE

located in the _____ Eastern _____ District of _____ Pennsylvania _____ , there is now concealed *(identify the person or describe the property to be seized):*

SEE ATTACHMENT B, INCORPORATED HEREIN BY REFERENCE

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
| --- | --- |
| 21 U.S.C. § 846 | Conspiracy to possess a controlled substance with intent to distribute |
| 21 U.S.C. § 841(a)(1) | Possession of a controlled substance with intent to distribute |

The application is based on these facts:

SEE ATTACHED AFFIDAVIT, INCORPORATED HEREIN BY REFERENCE

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

MATTHEW A. LYNCH II, U.S. Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.

Date: June 1, 2018

_____
*Judge's signature*

City and state: PHILADELPHIA, PENNSYLVANIA

HON. CAROL SANDRA MOORE WELLS, U.S. Magistrate Judge
*Printed name and title*

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )       Case No. 18-877-M-6
Black Alcatel onetouch Hex#A10000431F02CA )
 )
 )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*
SEE ATTACHMENT A, INCORPORATED HEREIN BY REFERENCE

located in the _____Eastern_____ District of _____Pennsylvania_____ , there is now concealed *(identify the person or describe the property to be seized):*
SEE ATTACHMENT B, INCORPORATED HEREIN BY REFERENCE

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 846 | Conspiracy to possess a controlled substance with intent to distribute |
| 21 U.S.C. § 841(a)(1) | Possession of a controlled substance with intent to distribute |

The application is based on these facts:
SEE ATTACHED AFFIDAVIT, INCORPORATED HEREIN BY REFERENCE

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

MATTHEW A. LYNCH II, U.S. Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.

Date: June 1, 2018          _____
*Judge's signature*

City and state: PHILADELPHIA, PENNSYLVANIA          HON. CAROL SANDRA MOORE WELLS, U.S. Magistrate Judge
*Printed name and title*

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>Black Alcatel onetouch Hex#A100004AEAA859 | )<br>)<br>)<br>)<br>)<br>) |

Case No. 18-877-M-7

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*
SEE ATTACHMENT A, INCORPORATED HEREIN BY REFERENCE

located in the _____Eastern_____ District of _____Pennsylvania_____ , there is now concealed *(identify the person or describe the property to be seized):*
SEE ATTACHMENT B, INCORPORATED HEREIN BY REFERENCE

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | *Offense Description* |
|---|---|
| 21 U.S.C. § 846 | Conspiracy to possess a controlled substance with intent to distribute |
| 21 U.S.C. § 841(a)(1) | Possession of a controlled substance with intent to distribute |

The application is based on these facts:
SEE ATTACHED AFFIDAVIT, INCORPORATED HEREIN BY REFERENCE

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

MATTHEW A. LYNCH II, U.S. Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.

Date: June 1, 2018

_____
*Judge's signature*

City and state: PHILADELPHIA, PENNSYLVANIA

HON. CAROL SANDRA MOORE WELLS, U.S. Magistrate Judge
*Printed name and title*

# UNITED STATES DISTRICT COURT

for the
Eastern District of Pennsylvania

|  |  |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>Black Alcatel onetouch Hex#A100004AEAA537 | )<br>)<br>)<br>)<br>)<br>) |

Case No. 18-877-M-8

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

SEE ATTACHMENT A, INCORPORATED HEREIN BY REFERENCE

located in the _____ Eastern _____ District of _____ Pennsylvania _____, there is now concealed *(identify the person or describe the property to be seized)*:

SEE ATTACHMENT B, INCORPORATED HEREIN BY REFERENCE

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | *Offense Description* |
|---|---|
| 21 U.S.C. § 846 | Conspiracy to possess a controlled substance with intent to distribute |
| 21 U.S.C. § 841(a)(1) | Possession of a controlled substance with intent to distribute |

The application is based on these facts:

SEE ATTACHED AFFIDAVIT, INCORPORATED HEREIN BY REFERENCE

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

MATTHEW A. LYNCH II, U.S. Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.

Date: June 1, 2018

_____
*Judge's signature*

City and state: PHILADELPHIA, PENNSYLVANIA

HON. CAROL SANDRA MOORE WELLS, U.S. Magistrate Judge
*Printed name and title*

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

In the Matter of the Search of

*(Briefly describe the property to be searched or identify the person by name and address)*

Silver and White iPhone S IC: 579C-E2944A T-Mobile SIM#8901260113799751232

)
)
)
)
)
)

Case No. 18-877-M -9

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

SEE ATTACHMENT A, INCORPORATED HEREIN BY REFERENCE

located in the _____Eastern_____ District of _____Pennsylvania_____ , there is now concealed *(identify the person or describe the property to be seized)*:

SEE ATTACHMENT B, INCORPORATED HEREIN BY REFERENCE

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 846 | Conspiracy to possess a controlled substance with intent to distribute |
| 21 U.S.C. § 841(a)(1) | Possession of a controlled substance with intent to distribute |

The application is based on these facts:

SEE ATTACHED AFFIDAVIT, INCORPORATED HEREIN BY REFERENCE

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

MATTHEW A. LYNCH II, U.S. Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.

Date: June 1, 2018

_____
*Judge's signature*

City and state: PHILADELPHIA, PENNSYLVANIA

HON. CAROL SANDRA MOORE WELLS, U.S. Magistrate Judge
*Printed name and title*

# UNITED STATES DISTRICT COURT

### for the

Eastern District of Pennsylvania

| | |
|---|---|
| In the Matter of the Search of )<br>*(Briefly describe the property to be searched* )<br>*or identify the person by name and address)* )<br>Black LG IMEI#352342-09-909242-1 SIM# )<br>8901260332974114418F02.03 )<br>) | Case No. 18-877-M-10 |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

SEE ATTACHMENT A, INCORPORATED HEREIN BY REFERENCE

located in the _____Eastern_____ District of _____Pennsylvania_____ , there is now concealed *(identify the person or describe the property to be seized):*

SEE ATTACHMENT B, INCORPORATED HEREIN BY REFERENCE

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 846 | Conspiracy to possess a controlled substance with intent to distribute |
| 21 U.S.C. § 841(a)(1) | Possession of a controlled substance with intent to distribute |

The application is based on these facts:

SEE ATTACHED AFFIDAVIT, INCORPORATED HEREIN BY REFERENCE

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

MATTHEW A. LYNCH II, U.S. Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.

Date: June 1, 2018

_____
*Judge's signature*

City and state: PHILADELPHIA, PENNSYLVANIA

HON. CAROL SANDRA MOORE WELLS, U.S. Magistrate Judge
*Printed name and title*

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

In the Matter of the Search of
*(Briefly describe the property to be searched
or identify the person by name and address)*
Black Samsung Model Sm-B311V Hex#A000004779C60A

)
)
)
)
)
)

Case No.  18-877-M-11

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*
SEE ATTACHMENT A, INCORPORATED HEREIN BY REFERENCE

located in the _____Eastern_____ District of _____Pennsylvania_____ , there is now concealed *(identify the person or describe the property to be seized)*:
SEE ATTACHMENT B, INCORPORATED HEREIN BY REFERENCE

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
| --- | --- |
| 21 U.S.C. § 846 | Conspiracy to possess a controlled substance with intent to distribute |
| 21 U.S.C. § 841(a)(1) | Possession of a controlled substance with intent to distribute |

The application is based on these facts:
SEE ATTACHED AFFIDAVIT, INCORPORATED HEREIN BY REFERENCE

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

MATTHEW A. LYNCH II, U.S. Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.

Date: June 1, 2018

City and state: PHILADELPHIA, PENNSYLVANIA

_____
*Judge's signature*

HON. CAROL SANDRA MOORE WELLS, U.S. Magistrate Judge
*Printed name and title*

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

In the Matter of the Search of )
)
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )      Case No.   1C-877-M-12
Black Samsung Model Sm-B311V Hex#A00000477DF756 )
)
)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*
SEE ATTACHMENT A, INCORPORATED HEREIN BY REFERENCE

located in the _____Eastern_____ District of _____Pennsylvania_____ , there is now concealed *(identify the person or describe the property to be seized):*
SEE ATTACHMENT B, INCORPORATED HEREIN BY REFERENCE

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | *Offense Description* |
|---|---|
| 21 U.S.C. § 846 | Conspiracy to possess a controlled substance with intent to distribute |
| 21 U.S.C. § 841(a)(1) | Possession of a controlled substance with intent to distribute |

The application is based on these facts:
SEE ATTACHED AFFIDAVIT, INCORPORATED HEREIN BY REFERENCE

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

MATTHEW A. LYNCH II, U.S. Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.

Date: June 1, 2018

_____
*Judge's signature*

City and state: PHILADELPHIA, PENNSYLVANIA

HON. CAROL SANDRA MOORE WELLS, U.S. Magistrate Judge
*Printed name and title*

**A F F I D A V I T**

Matthew A. Lynch II, being duly sworn, deposes and says:

1.     I am currently assigned to the United States Postal Inspection Service, Philadelphia
Division.  I have been employed as a Postal Inspector since November 2017.  Prior to becoming a
Postal Inspector, I was employed as a Police Officer with the Upper Darby Township Police
Department for four years.  I have a Bachelor of Arts in United States History from The
University of Albany in Albany, NY. As part of my duties as a United States Postal Inspector, I
investigate the use of the U.S. Mail to illegally transport controlled substances and for drug
trafficking, in violation of Title 21, United States Code, Sections 841(a)(1), 843(b), and 846.  I
have been trained in various aspects of law enforcement, including the investigation of narcotics
offenses.  Through my education and experience and from conferring with other agents assisting
in this investigation, I have become familiar with the methods that individuals use to traffic
narcotics through the U.S. Mail.

2.     I make this affidavit in support of an application under Rule 41 of the Federal Rules
of Criminal Procedure for a search warrant authorizing the examination of property—electronic
devices—which are currently in law enforcement possession, and the extraction from that
property of electronically stored information described in Attachment B. The following 12
cellular telephones were seized pursuant to a warrant for the search of a rowhouse at 1344 East
Airdrie Street, Philadelphia, and two arrest warrants: A Silver and Black Samsung
Hex#35696408608356 Sprint (Item 1), Black Motorola Model XT1607 IMEI
#354140074578663 (Item 2), Silver and Black iPhone SE IMEI #355435074974394 (Item 3),
Silver and Black Kyocera Model E4277 Hex#A0000041A88683 Sprint (Item 4), Black LG
IMEI#358497-07-064070-7 (Item 5), Black Alcatel onetouch Hex#A10000431F02CA (Item 6),
Black Alcatel onetouch Hex#A100004AEAA859 (Item 7), Black Alcatel onetouch
Hex#A100004AEAA537 (Item 8), Silver and White iPhone S IC: 579C-E2944A (Item 9) Black
LG IMEI#352342-09-909242-1 (Item 10), Black Samsung Model Sm-B311V Hex#
A000004779C60A (Item 11), Black Samsung Model Sm-B311V Hex# A00000477DF756 (Item
12). Each of the twelve cellular telephones is described in Attachment A of each warrant and

Attachment A1-A12 of this Affidavit, incorporated herein. Each of the twelve cellular telephones is currently located at the United States Postal Inspection Service Office within the Eastern District of Pennsylvania.

3.   The applied-for warrants would authorize the review and forensic examination of the twelve cellular telephones for the purpose of identifying electronically stored information and data that is set forth in Attachment B.

4.   Based on my training and experience, I am aware that traffickers of illegal controlled substances frequently use cellular telephones and other handheld electronic devices as part of their illegal activities. For example, drug traffickers:

a.   Commonly maintain contact lists in cellular telephones that reflect names, addresses, and/or telephone numbers of their associates, including other members of the drug trafficking organization, customers and suppliers of the drug trafficking organization, and/or individuals involved in money laundering activities

b.   Frequently take or cause to be taken photographs and/or videos of themselves, their associates, their property, and their product using cellular telephones.

c.   Frequently utilize cellular telephones to make telephone calls to and receive calls from customers and sources of supply and associates; cellular telephones are also frequently used to send and receive text messages related to the distribution of narcotics, including but not limited to, purchase requests, meeting locations, transaction times, and re-supply efforts and techniques.  This information, including the names and phone numbers of customers, associates and sources of supply, is frequently maintained in the cellular telephones.

d.   Utilize electronic equipment such as computers, memory storage, hand held electronic devices, and cellular phones to generate, transfer, count, record and/or store the information described above.

e.   When using the shipping capabilities of the United States Postal Service or other delivery services in furtherance of drug trafficking, use cellular telephones to track and check the status of packages, or may enter a phone number into the USPS website to receive text message alerts about the status of a package.

5.   This affidavit is based upon my personal knowledge, experience and training, and other information developed during the course of this investigation. This affidavit is also based upon information imparted to me by other law enforcement officers. Because this affidavit is being submitted for the limited purpose of establishing probable cause to search the devices listed in Paragraph 2 and Attachment A to each warrant and application, I have not included each and every fact known to me concerning this investigation.

6.   On May 4, 2018, U. S. Postal Inspectors in Philadelphia intercepted a suspicious parcel, Priority Mail Parcel Number 9505510690238122103826. The parcel was addressed to "Luis Riverra, 3417 N. Lee St. Philadelphia PA. 19134" and had a return address of "Jose Torres, Cond. Corral Beach, JL. Mercado Asosiate, P.O. Box 4844 Carolina, P.R 00984." A federal search warrant was obtained for the parcel, signed by the Honorable Marilyn Heffley. The parcel weighed approximately 15 pounds 8 ounces. When opened pursuant to the warrant, the parcel was found to contain a green, new-appearing piece of furniture with approximately two kilograms of a white powdery substance hidden inside of its panels. The white powdery substance field tested positive for cocaine.

7.   On May 4, 2018, after the package had been opened and searched, the Honorable Marilyn Heffley signed an additional warrant authorizing the installation and monitoring, in private areas, including but not limited to private residences and vehicles, a beeper transponder device and a Global Positioning System ("GPS") device, which were both placed inside the package, and wired to send an alarm upon opening of the panels where the cocaine was found. In addition, Postal Inspectors replaced most of the suspected cocaine in the package with a sham substance, and sealed up the package as if it had not been opened.

8.   On May 7, 2018, at approximately 12:03 PM, U.S. Postal Inspectors conducted a controlled delivery of the aforementioned parcel to 3417 N Lee Street, Philadelphia, PA 19134. At approximately 1:10 PM, a man picked up the parcel from the steps of 3417 North Lee Street and put on the front passenger seat of a green Toyota Corolla.

9.   The Corolla then proceeded to another location where the driver picked up a second man and another box, and transferred the subject parcel to the back seat at approximately 1:22

PM. At approximately 1:34 PM, the Corolla arrived at 1344 East Airdrie Street, Philadelphia PA, a two-story rowhouse with a locked, gated front porch. Although surveillance agents had believed he had used a key to enter the porch, which was stated in prior affidavits for searching 1344 East Airdrie Street, and to arrest the two occupants, upon review of surveillance footage from the premises, the driver is seen to reach his hand between bars of the gated security door and unlock it. The driver and the second man entered the property with both boxes and exited without them. They then left the area.

10.   At approximately 5:30 p.m., two men entered 1344 East Airdrie Street. Surveillance officers viewing the house believed that the men had used a key to enter the locked, gated front porch, and that was stated in prior affidavits for searching 1344 East Airdrie Street and to arrest the two occupants. Upon review of surveillance footage from the premises, however, the porch gate was slightly ajar, and an unknown female was on the porch, using a cell phone. The two men entered the porch, and then the house. The unknown female left shortly thereafter through the porch gate, pulling it closed, and drove away in a car that had pulled up in front of the house.

11.   Approximately two minutes after the men entered 1344 East Airdrie Street, the alarm on the package was triggered, consistent with the package being opened.

12.   Postal Inspectors knocked at the Premises and announced their presence. The two men came to the locked, gated porch but refused to admit the law enforcement officers into the premises. Officers then forcibly entered the premises. The two men were detained on the front porch, and identified as Alexis Omar Ortiz Cabrera and Ricardo Melendez.

13.   Law enforcement agents conducted a sweep of the entire residence for officer safety purposes. No other individuals were located in the residence. During the sweep of the residence, the subject parcel shipping box was observed, empty and open, on the floor of the first-floor dining room. The contents of the subject parcel were observed in the kitchen. The piece of furniture that officers recognized as part of the subject parcel was broken open exposing the sham bricks which were placed into the parcel prior to the controlled delivery.

14.   The Honorable Lynne A. Sitarski issued and signed the federal search warrant on May 7, 2018, authorizing the search of 1344 East Airdrie Street. Among other things, the search

warrant authorized the seizure of cellular telephones. Agents executed the search warrant on May 7, 2018.

15.   The search of 1344 East Airdrie Street yielded many items evidencing drug trafficking, including: 17 boxes of small, empty blue wax paper bags marked "POWER," consistent with common drug packaging materials; approximately 13 lbs of small, empty plastic baggies consistent with common drug packaging materials; approximately 4 lbs of small, empty purple plastic containers commonly used to distribute single use quantities of cocaine; a firearm magazine for a Glock handgun that was loaded with 10 hollow point rounds; two small digital scales; a silver Ruger SR-9 9mm semi-automatic handgun (reported stolen in 2014) that was loaded with a magazine containing 17 rounds; the green, new-appearing piece of furniture from the controlled delivery operation; a similar white, new-appearing piece of furniture which upon opening was found to contain two kilograms of a white powdery substance that field tested positive for cocaine; approximately 16g of white powdery material in a plastic bag that field tested positive for cocaine; a back pack containing approximately $500.00; a safe containing approximately $17,886.00; and the cellular telephones listed as Items 1 through 10 in Paragraph 2 of this affidavit.

16.   Pursuant to arrest warrants issued on May 7, 2018, based upon an affidavit setting forth probable cause, and signed by the Honorable Lynne A. Sitarski, Ricardo Melendez and Alexis Omar Ortiz Cabrera were taken into custody on May 7, 2018, charged with attempted possession of a controlled substance in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(B).

17.   Items located on the person of Alexis Omar Ortiz Cabrera include a black Samsung Model Sm-B311V Hex#A000004779C60A (Item 11).

18.   Items located on the person of Ricardo Melendez included approximately $1,063.50 and a Samsung Model Sm-B311V Hex#A00000477DF756 (Item 12).

19.   As stated within this affidavit, your affiant is aware that drug traffickers use cell phones and electronic devices to aid them in their illegal activities, and, in some cases, to record those activities. A federal magistrate judge has found probable cause to believe that the two

people present at 1344 East Airdrie Street on May 7, 2018 were engaged in the attempted possession of cocaine with intent to distribute. The two charged defendants, and others, used the U.S. Postal Service to move suspected cocaine from Puerto Rico into the Eastern District of Pennsylvania. The house at 1344 East Airdrie Street contained many items consistent with drug trafficking, including cocaine, packaging materials, scales, a gun and cash. There is probable cause to believe that Ortiz-Cabrera, Melendez are drug traffickers, and, as the only people present at 1344 East Airdrie Street on May 7, 2018, they had possession of and/or access to the cell phones listed in Paragraph 2. Based on these facts and my training and experience, there is probable cause to believe that the cell phones listed in Paragraph 2 will contain evidence, of drug trafficking.

20.  All of the twelve cellular telephones listed in Paragraph 2 of this affidavit are currently in storage at the United States Postal Inspection Services Office within the Eastern District of Pennsylvania. In my training and experience, I know that the twelve cellular telephones have been stored in a manner in which its contents are, to the extent material to this investigation, in substantially the same state as they were when they first came into the possession of the United States Postal Inspection Service.

21.  Based on the foregoing, and consistent with Rule 41(e)(2)(B), the warrant I am applying for would permit the examination of each of the twelve cellular telephones listed in Paragraph 2. The examination may require authorities to employ techniques, including but not limited to computer-assisted scans of the entire medium, that might expose many parts of the device to human inspection and in rare cases may cause damage in order to determine whether it is evidence described by the warrant.

22.  Based on the aforementioned factual information, your affiant respectfully submits that there is probable cause to believe that within the items listed in Attachment A, there may be found instrumentalities, evidence and fruits of violations of federal law, including but not limited to, drug trafficking and conspiracy to commit drug trafficking in violation of Title 21 USC §§ 841, 843, 846 and related offenses, as described more fully in Attachment B.

23.  Your affiant further requests an Order sealing the Search Warrant Application, Affidavit, and Search Warrant until further Order of this Court, in order to protect the confidentiality of this ongoing investigation.

MATTHEW A. LYNCH II
United States Postal Inspector

Sworn and subscribed before me
this _1st_ day of _June_ 2018:

HON. CAROL SANDRA MOORE WELLS
United States Magistrate Judge

ATTACHMENT A − 1

DESCRIPTION OF CELLULAR TELEPHONE TO BE SEARCHED

A Silver and Black Samsung Hex#35696408608356 Sprint Sim # 8901120200227344656002.02
currently in the custody of the United States United States Postal Inspection Service,
Philadelphia Division, within the Eastern District of Pennsylvania.



ATTACHMENT A - 2

DESCRIPTION OF CELLULAR TELEPHONE TO BE SEARCHED

Black Motorola Model XT1607 IMEI #354140074578663 SIM# 89011200100013195836
currently in the custody of the United States United States Postal Inspection Service,
Philadelphia Division, within the Eastern District of Pennsylvania.



ATTACHMENT A – 3

DESCRIPTION OF CELLULAR TELEPHONE TO BE SEARCHED

Silver and Black iPhone SE IMEI #355435074974394 currently in the custody of the United States United States Postal Inspection Service, Philadelphia Division, within the Eastern District of Pennsylvania.



ATTACHMENT A -4

DESCRIPTION OF CELLULAR TELEPHONE TO BE SEARCHED

Silver and Black Kyocera Model E4277 Hex#A0000041A88683 Sprint currently in the custody of the United States United States Postal Inspection Service, Philadelphia Division, within the Eastern District of Pennsylvania.



ATTACHMENT A ‑5

DESCRIPTION OF CELLULAR TELEPHONE TO BE SEARCHED

Black LG IMEI#358497-07-064070-7 SIM #8901250645194999502 currently in the custody of the United States United States Postal Inspection Service, Philadelphia Division, within the Eastern District of Pennsylvania.



ATTACHMENT A – 6

DESCRIPTION OF CELLULAR TELEPHONE TO BE SEARCHED

Black Alcatel onetouch Hex#A10000431F02CA currently in the custody of the United States United States Postal Inspection Service, Philadelphia Division, within the Eastern District of Pennsylvania.



ATTACHMENT A – 7

DESCRIPTION OF CELLULAR TELEPHONE TO BE SEARCHED

Black Alcatel onetouch Hex#A100004AEAA859 currently in the custody of the United States United States Postal Inspection Service, Philadelphia Division, within the Eastern District of Pennsylvania.



ATTACHMENT A ~ B

DESCRIPTION OF CELLULAR TELEPHONE TO BE SEARCHED

Black Alcatel onetouch Hex#A100004AEAA537 currently in the custody of the United States
United States Postal Inspection Service, Philadelphia Division, within the Eastern District of
Pennsylvania.



ATTACHMENT A —9

DESCRIPTION OF CELLULAR TELEPHONE TO BE SEARCHED

Silver and White iPhone S IC: 579C-E2944A T-Mobile SIM#8901260113799751232 currently in the custody of the United States United States Postal Inspection Service, Philadelphia Division, within the Eastern District of Pennsylvania.



ATTACHMENT A *- 10*

DESCRIPTION OF CELLULAR TELEPHONE TO BE SEARCHED

Black LG IMEI#352342-09-909242-1 SIM# 8901260332974114418F02.03 currently in the custody of the United States United States Postal Inspection Service, Philadelphia Division, within the Eastern District of Pennsylvania.



ATTACHMENT A – 11

DESCRIPTION OF CELLULAR TELEPHONE TO BE SEARCHED

A Black Samsung Model Sm-B311V Hex#A000004779C60A, currently in the custody of the United States United States Postal Inspection Service, Philadelphia Division, within the Eastern District of Pennsylvania.



ATTACHMENT A – 12

DESCRIPTION OF CELLULAR TELEPHONE TO BE SEARCHED

Black Samsung Model Sm-B311V Hex#A00000477DF756 currently in the custody of the
United States United States Postal Inspection Service, Philadelphia Division, within the Eastern
District of Pennsylvania.



ATTACHMENT B

ITEMS TO BE SEIZED

1.    All records that relate to violations of 21 U.S.C. §§ 841, 843, and 846 including:

   a.  lists of customers and related identifying information;

   b.  text messages, videos, and photographs concerning or depicting drug trafficking
       activities;

   c.  types, amounts, and prices of drugs trafficked as well as dates, places, and
       amounts of specific transactions;

   d.  any information related to sources of drugs (including names, addresses, phone
       numbers, or any other identifying information);

   e.  any information recording the schedule or travel of either Ricardo Melendez or
       Alexis Omar Ortiz Cabrera;

   f.  all bank records, checks, credit card bills, account information, and other financial
       records.

   g.  all records evidencing the expenditure and or concealment of the proceeds of
       drug distribution.

2.    Evidence of user attribution showing who used or owned the cellular telephone at
the time the things described in this warrant were created, edited, or deleted, including saved
usernames and passwords, cellular network provider/carrier information, user/owner account
information, calendars events, contact lists, SMS (short message service) & MMS (Multimedia

messaging service), call log details, e-mail accounts, internet web browsing activity, GPS (Global Positioning System) information, IP (Internet Protocol) Connections, user generated notes, digital photographs, video files, audio files, user generated dictionaries, wireless network connections, sync files, and voicemails.

      3.     Records evidencing the use of the cellular telephone to communicate with United States Postal Service computer and/or online systems, including:

      a.   records of Internet Protocol addresses used;

      b.   records of Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms entered into any Internet search engine, and records of user-typed web addresses.

As used herein, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as flash memory or other media that can store data) and any photographic form.